**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiffs
LUIS PEREZ

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS PEREZ, | Case No.: 2:15-cv-07408-CAS-RAO |
| Plaintiffs, | |
| vs. | **NOTICE OF SETTLEMENT** |
| | |
| CREDIT PROTECTION ASSOCIATION, L.P. | |
| Defendant(s). | |

### NOTICE OF SETTLEMENT

   NOW COMES Plaintiff, LUIS PEREZ, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settlement the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously

as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within sixty (60) days.

                                        RESPECTFULLY SUBMITTED,

Dated: October 7, 2016         **MARTIN & BONTRAGER, APC**

                                        By: /s/ Nicholas J. Bontrager
                                            Nicholas J. Bontrager
                                            *Attorney for Plaintiff*